————O————

STATE OF MISSOURI, Defendant in Error, *vs.* ZACHARIAH JONES, Plaintiff in Error.

1. Case dismissed for want of bill of exceptions signed by the judge of the trial court.

*Error to Callaway County Circuit Court.*

*Jno. A. Hockaday, Attorney General,* for Defendant in Error.

*J. W. Boulware,* for Plaintiff in Error.

WAGNER, Judge, delivered the opinion of the court.

In this case, the bill of exceptions is not signed by the judge presiding at the trial, and there is no record before us to review.

Let the writ be dismissed; the other judges concur except Judge Vories, who is absent.